UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAVID O. COOPER,

    Plaintiff,

vs.

MONTGOMERY COUNTY, OHIO
SHERIFF'S DEPARTMENT, *et al.*,

    Defendants.

Case No.: 3:13-cv-272

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. #15)**

---

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

    Accordingly, it is hereby **ORDERED** that Plaintiff's complaint (Doc. #1) is dismissed. If Plaintiff appeals this case to the Sixth Circuit Court of Appeals, he should be denied a certificate of appealability and leave to proceed *in forma pauperis*.

    The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: 2-26-14

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT