IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID O. COOPER, :

    Plaintiff,

v. : Case No. 3:13-cv-272

MONTGOMERY COUNTY, OHIO : JUDGE WALTER H. RICE
SHERIFF'S DEPARTMENT, *et al.*,

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #19);
RESCINDING FEBRUARY 26, 2014, ORDER AND JUDGMENT ENTRY
(DOCS. ##16 AND 17); DIRECTING CLERK TO REOPEN CASE

---

Based on the reasoning set forth by United States Magistrate Judge Michael J. Newman, in his April 1, 2014, Report and Recommendations (Doc. #19), to which no Objections have been filed, the Court ADOPTS said judicial filing in its entirety. The Court RESCINDS its February 26, 2014, Order dismissing the case for want of prosecution (Doc. #16), and the February 26, 2014, Judgment Entry (Doc. #17). The Clerk is directed to REOPEN the above-captioned case.

Date: April 18, 2014

                                          WALTER H. RICE
                                          UNITED STATES DISTRICT JUDGE