UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID O. COOPER,

    Plaintiff,

vs.

MONTGOMERY COUNTY, OHIO
SHERIFF'S DEPARTMENT, *et al.*,

    Defendants.

Case No. 3:13-cv-272

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 65)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 65), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on June 5, 2015 (Doc. 65) is **ADOPTED** in full; and

2. Defendants' motion for judgment on the pleadings (Doc. 52) is **DENIED** as moot **WITHOUT PREJDUDICE TO REFILE**.

Date: 6-23-15

WALTER H. RICE
UNITED STATES DISTRICT JUDGE