IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID O. COOPER, :

    Plaintiff,

v. : Case No. 3:13-cv-272

MONTGOMERY COUNTY, OHIO : JUDGE WALTER H. RICE
SHERIFF'S DEPARTMENT, et al.,

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION (ECF #72);
OVERRULING DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS (DOC. #68) AS MOOT

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his August 11, 2015, Report and Recommendation (ECF #72), as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendation, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Given that Plaintiff has filed a Second Amended Complaint (ECF #73), the Court OVERRULES AS MOOT Defendants' Motion for Judgment on the Pleadings (ECF #68), which is directed at the First Amended Complaint (ECF #27).

Date: August 28, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE