# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID O. COOPER | : | CASE NO. 3:13CV272 |
| Plaintiff, | : | |
| v. | : | JUDGE WALTER H. RICE |
| MONTGOMERY COUNTY, OHIO | : | |
| Defendants. | : | |

## JUDGMENT ENTRY

Based upon the jury's answer to the sole Interrogatory it deemed applicable, judgment is hereby entered in favor of the Defendant and against the Plaintiff.

The captioned cause is hereby terminated upon the docket records for the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**IT IS SO ORDERED.**

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT